# Court of Appeals
## Tenth Appellate District of Texas

---

10-25-00289-CR
10-25-00290-CR
10-25-00291-CR
10-25-00292-CR

---

In re Jeremy Vance Wickman

---

Original Proceeding

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Crystal Wickman filed an application for a writ of habeas corpus on behalf of Jeremy Vance Wickman, who is currently incarcerated in Navarro County in four cause numbers. *See* TEX. CODE CRIM. PROC. art. 11.13. The applications were filed as original proceedings in this Court contending that Jeremy Vance Wickman is being illegally confined and unlawfully restrained in Navarro County, Texas.

Original jurisdiction to issue a writ of habeas corpus in a criminal proceeding is limited to the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. art. 11.05. In the

application, Crystal Wickman does not allege that she or Jeremy Wickman have filed petitions for a writ of habeas corpus in the trial court from which they are attempting to appeal. Because she is seeking direct relief from this Court, we lack jurisdiction in this proceeding. *See Ex parte Twyman*, 716 S.W.2d 951, 952 (Tex. Crim. App. 1986).

The petitions for writ of habeas corpus filed by Crystal Wickman on behalf of Jeremy Vance Wickman on August 26, 2025, are dismissed for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: August 28, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
Do not publish
OT06

